UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN ELIZABETH TARR, *on behalf of herself and all others similarly situated*,

Plaintiff,

– *against* –

SHOES ON FIRST, INC.,

Defendant.

**ORDER**

23-cv-9462 (ER)

Ramos, D.J.:

The instant case was filed on October 27, 2023.  Doc. 1.  Defendant was served on November 10, 2023, and its answer was due December 1, 2023.  Doc. 5.  To date, however, Defendant has not appeared, nor has Plaintiff moved for default judgment against Defendant.

The Court directs Plaintiff to file a status update by May 31, 2024 concerning the status of its claims, including whether it intends to move for default judgment.

It is SO ORDERED.

Dated:   May 10, 2024
        New York, New York

_____
Edgardo Ramos, U.S.D.J.